United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAMANI COLLINS,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

    Defendants.

Case No. 22-cv-06977-JSC

**ORDER OF DISMISSAL**

On November 8, 2022, Plaintiff filed a one-page civil rights complaint under 42 U.S.C. § 1983. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"). The Clerk also notified Plaintiff that he must use the Court's form complaint, which requires critical information such as Plaintiff's place of confinement (if he is indeed in custody) and the location of all named Defendants for service. Along with these notices, the Clerk mailed Plaintiff the Court's IFP application and form complaint, as well as a stamped return envelope and instructions for completing the forms. The notice informed him that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application within 28 days. No response has been received. As Plaintiff has not paid the filing fee, completed an IFP application, or filed a form complaint, and he has neither shown cause why not nor requested an extension of time, this case is DISMISSED without prejudice to filing a new civil rights action in which he either files an IFP application or pays the filing fee and files a form Complaint.

//

//

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 21, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge